**SANDHILL AMUSEMENTS, INC. v. SHERIFF OF ONSLOW CTY.**

[368 N.C. 91 (2015)]

SANDHILL AMUSEMENTS, INC. AND GIFT SURPLUS, LLC
v.
SHERIFF OF ONSLOW COUNTY, NORTH CAROLINA, HANS J. MILLER,
IN HIS OFFICIAL CAPACITY; AND DISTRICT ATTORNEY FOR THE FOURTH PROSECUTORIAL
DISTRICT OF THE STATE OF NORTH CAROLINA, ERNIE LEE, IN HIS OFFICIAL CAPACITY

No. 363A14

Filed 11 June 2015

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 762 S.E.2d 666 (2014), affirming in part, vacating in part, and dismissing in part an appeal from orders entered on 4 November 2013 by Judge Jack Jenkins in Superior Court, Onslow County. Heard in the Supreme Court on 21 April 2015.

*Daughtry, Woodard, Lawrence & Starling, by Kelly K. Daughtry and Luther D. Starling, for plaintiff-appellee Sandhill Amusements, Inc.*

*Hyler & Lopez, P.A., by Stephen P. Agan and George B. Hyler, Jr., for plaintiff-appellee Gift Surplus, LLC.*

*Turrentine Law Firm, PLLC, by S.C. Kitchen, and Lesley F. Moxley, Onslow County Attorney, for defendant-appellant Sheriff Hans J. Miller.*

*Edmond W. Caldwell, Jr., General Counsel for North Carolina Sheriffs' Association, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed. This case is remanded to the Court of Appeals for further remand to the Superior Court, Onslow County, for further proceedings not inconsistent with this opinion.

REVERSED AND REMANDED.

Justice ERVIN did not participate in the consideration or decision of this case.